UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID C.,<br><br>                  Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                  Defendant. | Case No.: 23-cv-0655-WQH-MMP<br><br>**ORDER** |

HAYES, Judge:

    Pursuant to the Joint Stipulation for the Award and Payment of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) (the "Stipulation") (ECF No. 24),

    IT IS HEREBY ORDERED that the fees in the amount of NINE THOUSAND FOUR HUNDRED SIXTY DOLLARS ($9,460.00) as authorized by 28 U.S.C. § 2412(d) are awarded subject to the terms of the Stipulation.

Dated: November 14, 2024

                                        Hon. William Q. Hayes
                                        United States District Court